IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARAINA ARIK,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

_____/

No. 08-05564 JSW

**ORDER GRANTING APPLICATION TO PROCEED** *IN FORMA PAUPERIS*

The Court having received Plaintiff Marina Arik's application to proceed *in forma pauperis,* and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's application is GRANTED and that the Clerk shall issue the summons. IT IS FURTHER ORDERED that the United States Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit, and this Order upon the Defendant in conformity with Federal Rule of Civil Procedure 4(i).

**IT IS SO ORDERED.**

Dated: December 17, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE