**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MARAINA ARIK,

10              Plaintiff,                       No. C 08-05564 JSW

11        v.

12   MICHAEL J. ASTRUE,                          **SUA SPONTE JUDICIAL
                                                 REFERRAL FOR PURPOSES OF
13              Defendant.                        DETERMINING RELATIONSHIP
                                                 OF CASES**
     _____/

14

15        Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case

16   is referred to Judge Saundra B. Armstrong to determine whether it is related to *Arik v. Astrue*,

17   N.D. Civ. No. 04-04932.

18        **IT IS SO ORDERED.**

19

20   Dated: January 5, 2009                      _____
                                                 JEFFREY S. WHITE
21                                               UNITED STATES DISTRICT JUDGE

22

23   cc:    Judge Saundra B. Armstrong

24

25

26

27

28