1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MARAINA ARIK,

       Plaintiff,

  vs.

MICHAEL J. ASTRUE,

       Defendant.

Case No: C 08-5564 SBA

Related to: C 04-4932 SBA

**JUDGMENT**

    In accordance with the Court's Order Accepting Report and Recommendation of Magistrate Judge,

    IT IS HEREBY ORDERED THAT Plaintiff is entitled to judgment in the amount of $9,002.58.

    IT IS SO ORDERED.

Dated: June 21, 2011

                                            _____
                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge