MELINDA L. HAAG, SBN CA 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN, SBN CO 35181
Special Assistant United States Attorney
Social Security Administration

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-mail:  Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARAINA ARIK, | CIVIL NO. 4:08-5564-SBA |
|    Plaintiff, | |
|      v. | STIPULATION AND ORDER CLARIFYING ORDER OF JUNE 21, 2011 |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
|    Defendant. | |

On June 21, 2011, the Court issued an Order (Doc. No. 45) accepting the Magistrate Judge's report and recommendation (Doc. 44).  However, the Order appears to have a clerical error in the total amount of fees derived from the Magistrate Judge's recommendations.

//

//

//

Accordingly, in lieu of a motion for clarification, the parties HEREBY STIPULATE through their undersigned counsel, subject to the approval of the Court, that the Order of June 21, 2011 is clarified to correct a clerical error as follows: Plaintiff shall be awarded $6,929.37 in attorney fees and $60.02 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Respectfully submitted,

Dated: August 3, 2011    */s/ Ron C. Weems*
(As authorized via e-mail)
RON C. WEEMS
Attorney for Plaintiff

Dated: August 3, 2011    MELINDA L. HAAG
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED.**

Date: _8/4/11

SAUNDRA B. ARMSTRONG
United States District Judge

2